# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ROBINSON, III, | No. CIV S-08-0629-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M. KNOWLES, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are:  (1) plaintiff's request for leave to proceed in forma pauperis (Doc. 2); and plaintiff's request for appointment of counsel (Doc. 3).  Plaintiff's complaint will be addressed separately.

  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v.

1  Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36
2  (9th Cir. 1990).  In the present case, the court does not at this time find the required exceptional
3  circumstances.  The request for appointment of counsel will be denied.
4        Accordingly, IT IS HEREBY ORDERED that:
5      1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is
6  granted;
7      2.    Plaintiff's motion for appointment of counsel (D0c. 3) is denied;
8      3.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this
9  action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);
10     4.    No initial partial filing fee will be assessed pursuant to 28 U.S.C.
11 § 1915(b)(1); and
12     5.    Plaintiff will be obligated for monthly payments of twenty percent of the
13 preceding month's income credited to plaintiff's prison trust account, such payments to be
14 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
15 account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.
16 § 1915(b)(2).

DATED: March 27, 2008

                   /s/ Craig M. Kellison
                   **CRAIG M. KELLISON**
                   UNITED STATES MAGISTRATE JUDGE